**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 23-05429 |
| ERIC ROLDAN, | ) | Hon. David D. Cleary |
| | ) | Hearing Date: Wed., August 16, 2023 |
| Debtors. | ) | at 10:00 a.m. |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **Wednesday**, **August 16, 2023** at **10:00 a.m.**, I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place **either** in courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the **Trustee's Motion to Dismiss with Notice Pursuant to Rule 2002-1,** a copy of which is attached.

**Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All other parties must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and password**.  The meeting ID for this hearing is 161 122 6457 and the passcode is Cleary644. The meeting ID and passcode can also be found on the judge's page on the Court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By:/s/Norman B. Newman
Norman B. Newman, Trustee for the bankruptcy estate of Eric Roldan

Norman B. Newman, ARDC No. 2045427
**Raines Feldman LLP**
30 N. LaSalle St., Ste. 3100
Chicago, Illinois 60602
Telephone:     312.704.2170
nnewman@raineslaw.com

4868-8319-9855.v1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 23-05429 |
| ERIC ROLDAN, | ) | Hon. David D. Cleary |
| | ) | Hearing Date: Wed., August 16, 2023 |
| Debtors. | ) | at 10:00 a.m. |

**TRUSTEE'S MOTION TO DISMISS WITH NOTICE PURSUANT TO RULE 2002-1**

Norman B. Newman, Trustee (the "Trustee"), moves this court for dismissal of this Chapter 7 case pursuant to Local Rule 2002-1, and states as follows:

1. The Trustee is duly appointed, qualified and acting Trustee herein.

2. On April 23, 2023, the Debtor filed his Petition for Relief under Chapter 7 of the United States Bankruptcy Code, *pro se*.

3. The Debtor appeared at a Section 341 meeting on May 31, 2023. The Trustee continued the meetings to June 27 and July 12, 2023, to allow the Debtor to file amended schedules to include his ownership interest in Marina Café LLC as well as other creditors not listed. To date, the Debtor has failed to take action to do so. His delay is unreasonable and prejudicial to creditors.

4. The Trustee is unable to perform his duties as a Trustee in absence of an opportunity to examine the Debtors at a meeting of creditors.

**WHEREFORE**, the Trustee prays that this Chapter 7 case be dismissed and for such other relief as this Court deems just.

                                                Norman B. Newman, not individually, but solely as
                                                Chapter 7 Trustee for Eric Roldan

                                                /s/ Norman B. Newman

Norman B. Newman ARDC #2045427
**Raines Feldman, LLP**
30 N. LaSalle Street, Suite 3100
Chicago, IL 60602
312-704-2170 (office)
nnewman@raineslaw.com

4868-8319-9855.v1