UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 23-05429 |
|---|---|---|
| ERIC ROLDAN, | ) ) ) ) ) ) | Chapter: 7<br>Honorable David D. Cleary |
| Debtor(s) | ) | |

**ORDER DISMISSING CASE PURSUANT TO
MOTION TO DISMISS DEBTOR WITH NOTICE UNDER LOCAL RULE 2002-1**

THIS CAUSE coming on to be heard on the Trustee's Motion to Dismiss the above Debtor's Chapter 7 case for Unreasonable Delay, for the Debtor's failure to amend his schedules and to appear at the continued 341 meetings, notice to all interested parties having been given, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this Chapter 7 case is dismissed.

Enter: /s/ David D. Cleary

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: August 16, 2023

**Prepared by:**

Norman B. Newman ARDC#2045427
Raines Feldman Littrell LLP
30 N. LaSalle Street, Suite 3100
Chicago, IL 60602
312-704-9400
nnewman@raineslaw.com