Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 23–05429
Chapter: 7
Judge: David D. Cleary

In Re:
　Eric Roldan
　1124 W. Wilson Apt. 306
　Chicago, IL 60640

Social Security / Individual Taxpayer ID No.:
　xxx–xx–9259

Employer Tax ID / Other nos.:

---

**NOTICE OF DISMISSAL**

You are hereby notified that this case was dismissed on August 16, 2023

　　　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT

Dated: August 17, 2023　　　　　　　　　　　　Jeffrey P. Allsteadt , Clerk
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court